# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Celeste Jurban,

          Plaintiff,     Case No. 19-11066

v.     Judith E. Levy
    United States District Judge

Nancy A. Berryhill,

    Mag. Judge Anthony P. Patti

          Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [19]

Before the Court is Magistrate Judge Anthony P. Patti's Report and Recommendation recommending the Court deny Plaintiff's motion for summary judgment (ECF No. 14) and grant Defendant's motion for summary judgment (ECF No. 17). (ECF No. 19) The parties were required to file specific written objections within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation, and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (ECF No. 19) is ADOPTED;

Plaintiff's motion for summary judgment (ECF No. 14) is DENIED;

Defendant's motion for summary judgment (ECF No. 17) is GRANTED; and

The findings of the Commissioner are ADOPTED and this case is hereby DISMISSED.[1]

IT IS SO ORDERED.

Dated: August 27, 2020  s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
 United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 27, 2020.

 s/William Barkholz
 WILLIAM BARKHOLZ
 Case Manager

---

[1] The parties, by failing to object to the Report and Recommendation, have waived any further right of appeal. *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).